JULIA MINERVA ROGERS et al., Respondents, *v.* JOHN H. SMITH et al., Appellants, Impleaded with Others.

JOHN H. DERBY et al., Respondents.

*Rogers* v. *Smith*, 75 App. Div. 141, affirmed.
(Argued February 10. 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1902, affirming an interlocutory judgment of Special Term directing the sale of certain real estate to pay legacies.

*J. Sanford Potter*, *B. G. Higley* and *Charles R. Paris* for appellants.

*Archibald S. Derby* and *Grenville M. Ingalsbe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.